UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LEONCIO M. FRANCISCO and BENEDICA FRANCISCO,<br><br>              Plaintiffs,<br><br>   v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>              Defendants.<br>_____/ | No. C 12-4020 MEJ<br><br>**ORDER RE: STATUS** |

     This matter is currently scheduled for a Case Management Conference on November 1, 2012. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the November 1 conference and ORDERS Plaintiff Leoncio M. and Benedica Francisco to file a status report by November 13, 2012.

     Plaintiffs are reminded that they must complete service upon all Defendants. For assistance with service requirements, Plaintiff is encouraged to review the Pro Se Handbook, which can be obtained online at http://www.cand.uscourts.gov or in person at the Clerk's Office. The Court directs Plaintiff to Chapter 8, which addresses the rules for serving documents on other parties to the lawsuit. In addition, Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, either by calling (415.782.9000, extension 8657) or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

     **IT IS SO ORDERED.**

Dated: October 29, 2012

                                                                      Maria-Elena James<br>
                                                                      Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEONCIO M. FRANCISCO,

    Plaintiff(s),

 v.

GREENPOINT MORTGAGE,

    Defendant(s).

No. C 12-04020 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leoncio M. Francisco
Benadica Francisco
32 Santa Elena Avenue
Daly City, CA 94015

Dated: October 29, 2012

          Richard W. Wieking, Clerk
          By: Rose Maher, Deputy Clerk

2