UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LEONCIO M. FRANCISCO and<br>BERNADICA FRANCISCO,<br><br>            Plaintiffs,<br>    v.<br><br>GREENPOINT MORTGAGE, et al.,<br><br>            Defendants.<br>_____/ | No. C 12-4020 MEJ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs Leoncio M Francisco and Benadica Francisco filed this case on July 31, 2012. However, as there was no indication that either Defendant had been served, the Court ordered Plaintiffs to file a status report by November 13, 2012. Dkt. No. 5. Accordingly, the Court hereby ORDERS Plaintiffs Leoncio M Francisco and Benadica Francisco to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by January 3, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 17, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEONCIO M. FRANCISCO,  No. C 12-04020 MEJ

        Plaintiff(s),  **CERTIFICATE OF SERVICE**

  v.

GREENPOINT MORTGAGE,

        Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leoncio M. Francisco
Benadica Francisco
32 Santa Elena Avenue
Daly City, CA 94015

Dated: December 17, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk