UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LEONCIO M. FRANCISCO, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>  Defendants.<br>_____/ | No. C 12-4020 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>**REPORT & RECOMMENDATION** |

On July 31, 2012, Plaintiffs Leoncio and Benadica Francisco filed the above-captioned case. Dkt. No. 1. As there was no indication that either Defendant had been served, the Court ordered Plaintiffs to file a status report by November 13, 2012. Dkt. No. 5. After Plaintiffs failed to respond, the Court ordered them to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 6. The Court ordered Plaintiffs to file a declaration by January 3, 2013 and warned them that the Court may dismiss the case if they failed to file a responsive declaration. *Id.* Plaintiffs have again failed to respond. Based on this procedural history, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b).

Under Rule 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure to comply with a court order, the district court must weigh five factors including '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing*

1  *Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)). Here, Plaintiff have now failed to respond to two court
2  orders and have otherwise made no appearance in this matter during that time. Thus, the Court finds
3  that the *Ferdik* factors weigh in favor of dismissal.

4   Accordingly, because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court
5  hereby ORDERS the Clerk of Court to reassign this case to a district court judge. The undersigned
6  RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure
7  to comply with the Court's deadlines and orders.

8   Pursuant to Federal Rule of Civil Procedure 72, any party may serve and file objections to
9  this Report and Recommendation within 14 days after being served.

10  **IT IS SO ORDERED AND RECOMMENDED.**

12  Dated: January 4, 2013

 _____
 Maria-Elena James
 United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEONCIO M. FRANCISCO,

        Plaintiff,

  v.

GREENPOINT MORTGAGE,

        Defendant.

Case Number: 12-04020 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leoncio M. Francisco
Benadica Francisco
32 Santa Elena Avenue
Daly City, CA 94015

Dated: January 4, 2013

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

3